# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1155
Lower Tribunal No. 1996-CF-476

_____

CLIVE ANTHONY PEARSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Charlotte County.
Shannon H. McFee, Judge.

February 27, 2026

PER CURIAM.

AFFIRMED.  *See* Fla. R. Crim. P. 3.703(a)(1995); Fla. R. Crim. P. 3.991 (1995).

TRAVER, C.J., and BROWNLEE and KAMOUTSAS, JJ., concur.

Clive Anthony Pearson, Century, pro se.

James Uthmeier, Attorney General, Tallahassee, and David Campbell, Assistant Attorney General, Tampa, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED